[Nos. 30150-8-III; 30766-2-III.   Division Three.   May 8, 2014.]

*In the Matter of the Personal Restraint of* JUAN PEDRO
RAMOS, *Petitioner*.

THE STATE OF WASHINGTON, *Respondent*, v. JUAN PEDRO RAMOS,
*Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 96-1-50466-1, Carolyn A. Brown, J., entered January 28, 1997, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Brown, J. Now published at 181 Wn. App. 743.

[No. 31255-1-III.   Division Three.   May 8, 2014.]

*In the Matter of the Administrative Proceeding Against*
PAVEL ALEKSENTSEV.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-2-02158-3, Linda G. Tompkins, J., entered October 8, 2012. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, A.C.J., and Brown, J.

[No. 68737-9-I.   Division One.   May 12, 2014.]

RONDA SNYDER, *Individually and as Guardian, Appellant*, v.
JAMES R. FLETCHER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-2-04652-2, Bruce I. Weiss, J., entered April 24, 2012. *Reversed* and *remanded* by unpublished per curiam opinion.